**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 26-6455**

—————————

THEODORE JERRY BOLICK, a/k/a THEODORE J. BOLICK,

Petitioner - Appellant,

v.

DONNIE STONEBREAKER,

Respondent - Appellee.

—————————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Mary G. Lewis, District Judge. (5:24-cv-07662-MGL-KDW)

—————————

Submitted: July 16, 2026                          Decided: July 21, 2026

—————————

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Theodore Jerry Bolick, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Jerry Bolick seeks to appeal the district court's order accepting the magistrate judge's recommendation and denying, inter alia, Bolick's motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The portion of the order Bolick seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Cooper v. Doyle*, 163 F.4th 64, 77 (4th Cir. 2025) ("[A] denial of summary judgment is generally not appealable under 28 U.S.C. § 1291, which authorizes appeals only from final decisions of a district court."). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2